**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Victoria D.,<br>*Plaintiff,*<br><br>v.<br><br>Commissioner of Social Security,<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 5:26-cv-377 (MJK)<br><br><br><br><br><br><br>Motion – Document Filed Electronically |

**CONSENTED-TO MOTION FOR REVERSAL AND REMAND**
**PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**

The Defendant, the Commissioner of the Social Security Administration ("Commissioner"), has determined that remand of the above-captioned matter is appropriate. Accordingly, the Commissioner respectfully moves this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing his decision with remand of the cause for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Under sentence four of 42 U.S.C. § 405(g), this Court has the power to enter, upon the pleadings and transcript of the record, "a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." *Id*. at 98.

Upon remand by this Court, the Appeals Council will remand this matter to an Administrative Law Judge ("ALJ"). Upon remand, the ALJ shall be instructed to offer Plaintiff the opportunity for a new hearing, and issue a new decision.

For these reasons, the Commissioner respectfully requests that this Court enter an Order and Final Judgment reversing the Commissioner's decision and remanding the case for further administrative proceedings.

Plaintiff's counsel has authorized the undersigned to represent that Plaintiff consents to this motion.

DATED: October 26, 2026

Respectfully submitted,

Commissioner of Social Security,

By His Attorneys

Todd Blanche
Attorney General

John A. Sarcone III
First Assistant United States Attorney

/s/ Hugh Dun Rappaport
Hugh Dun Rappaport
Special Assistant United States Attorney
N.D.N.Y. Bar Roll No. 700992
Program Litigation 2
Social Security Administration
Law & Policy
Attn: Program Litigation 2
6401 Security Boulevard
Baltimore MD 21235-6401
(617) 565-2380
Email: Hugh.Dun.Rappaport@ssa.gov

SO ORDERED:

Digitally signed by Mitchell J Katz
Date: 2026.10.29 11:20:46 -04'00'

Hon. Mitchell J. Katz
U.S. Magistrate Judge

Dated: October 29, 2026